IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ONESIMO "TREY" PEREZ and JOHNATHAN HAWES, on their own behalf and for all others similarly situated, | § § § § § | |
| Plaintiffs, | § § | |
| V. | § | CASE NO. 4:13-cv-2352 |
| HARRIS COUNTY, TEXAS | § § § | |
| Defendants. | § | |

### Order Dismissing Case With Prejudice

Pursuant to the parties' Joint Stipulation of Dismissal filed on February 27, 2014 (Doc. No. 52), it is hereby ORDERED that all claims, state and federal, are hereby DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorney fees.

Signed and entered this 27th day of February, 2014,

_____
Judge Presiding